Ah Lg <legal@abdulhassan.com>

## Pay.gov Payment Confirmation: NEW YORK EASTERN DISTRICT COURT
1 message

**do_not_reply@psc.uscourts.gov** <do_not_reply@psc.uscourts.gov>  Thu, Aug 27, 2020 at 10:59 AM
Reply-To: Frank_Daley@nyed.uscourts.gov
To: legal@abdulhassan.com

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Financial Department at (718)613-2580.

　Account Number: 2504053
　Court: NEW YORK EASTERN DISTRICT COURT
　Amount: $400.00
　Tracking Id: ANYEDC-13275042
　Approval Code: 73087Z
　Card Number: ************2602
　Date/Time: 08/27/2020 10:59:07 ET

　NOTE: This is an automated message. Please do not reply



# Invoice

(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

| Date | Invoice # |
|---|---|
| 9/1/2020 | S1845156 |



PAID 09/01/2020

**Bill To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427

**Ship To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427

| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | HM | 401000 | 718-740-1000 |

| Description | Amount |
|---|---|
| Krishan Sukhram | |
| VS | |
| Mercy Drive Realty Inc., et al. | |
| SERVICE ON: Mercy Drive Realty Inc. | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 5.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| | |
|---|---|
| Total | $70.00 |
| Payments/Credits | -$70.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.



(518) 463-4179
(800) 828-4428 NYS ONLY
(518) 463-3752 Fax
www.servico.com
14-1638171 Tax I.D. No.

P.O. Box 871, Albany, New York 12201

# Invoice

| Date | Invoice # |
|---|---|
| 9/1/2020 | S1845157 |

**Bill To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427

**Ship To**
Abdul Karim Hassan, Esq. Attorney and Cou
Abdul K. Hassan
215-28 Hillside Avenue
Queens Village, NY 11427



| Your File # | Biller | Account # | Customer Phone |
|---|---|---|---|
|  | HM | 401000 | 718-740-1000 |

| Description | Amount |
|---|---|
| Krishan Sukhram | |
| VS | |
| Mercy Drive Realty Inc., et al. | |
| SERVICE ON: St. Xavier Home Care Services, Inc. | |
| SERVICE OF PROCESS - SECRETARY OF STATE | 20.00 |
| ADMINISTRATIVE CHARGE | 5.00 |
| DISBURSEMENT TO DEPARTMENT OF STATE | 40.00 |
| Copy Fee | 5.00 |
| Credit Card Ran | 0.00 |
| SALES TAX NYC 5 BOROUGHS | 0.00 |

- THANK YOU - PAY THIS INVOICE UPON RECEIPT -

| Total | $70.00 |
|---|---|
| Payments/Credits | -$70.00 |
| Balance Due | $0.00 |

RETURN COPY OF INVOICE WITH PAYMENT - WRITE INVOICE NUMBER ON ALL PAYMENTS

NOTE: We guarantee our information to be as accurate as REASONABLE CARE can make it. However, the ultimate responsibility for maintaining files rests with the filing officer and/or government agency and we will accept NO LIABILITY beyond the exercise of REASONABLE CARE.

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

October 16, 2020

**ATTN: ABDUL K. HASSAN, ESQ.**

**ABDUL HASSAN LAW GROUP, PLLC**
**215-28 HILLSIDE AVENUE**
**QUEENS VILLAGE, NY 11427**

INVOICE # YL-3213

| **PLAINTIFF** | **DEFENDANT** | **SERVICE** | **CHARGE** |
|---|---|---|---|
| **Krishan Sukhram** | **Mercy Drive Realty Inc., et al** | Sum. & Compl. On **Christabelle Cochran** | $195.00 |
|  |  | +Printing Fees | $   5.00 |
|  |  | **TOTAL BILL:** | $200.00 |
|  |  |  | **ALL PAID** |

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # 13-3074123